UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ‾FU4‾ D.C.
NOV 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 19-8472-BER

UNITED STATES OF AMERICA,
     Plaintiff,

v.

William Foster
     Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW __David A. Howard__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David A. Howard

Counsel's Signature: _[signature]_

Address (include City/State/Zip Code):
25 SE 2nd Ave #1100
Miami FL 33131

Telephone: 786 360-6056     Florida Bar Number: 956589

Date: 11/19/19